IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 3 2002

Michael N. Milby
Clerk of Court

JOSE MARTIN OVIEDO-SIFUENTES  )
                              )
v.                            )
                              )   CIVIL ACTION NO. B-02-198
CHARLES ARENDALE, ACTING      )
DIRECTOR, HLG/DO and          )
JOHN ASHCROFT, UNITED STATES  )
ATTORNEY GENERAL              )
_____)

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

COME NOW, the Respondents, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and hereby files the administrative record of Petitioner JOSE MARTIN OVIEDO-SIFUENTES with this Court for review.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

_____
LISA M. PUTNAM
Special Assistant U.S. Attorney
Attorney in Charge
Georgia Bar No. 590315
Federal Bar No. 23937
P.O. Box 1711
Harlingen, Texas 78551
Tel:  (956) 389-7051
Fax:  (956) 389-7057

Date: November 29, 2002

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Filing of Administrative Record was mailed via first class mail, postage prepaid to:

> Lisa Brodyaga, Esquire
> Refugio Del Rio Grande
> 17891 Landrum Park Rd.
> San Benito, TX 78586

on this 29th day of November, 2002.

_____
LISA M. PUTNAM
Special Assistant United States Attorney