United States District Court
Southern District of Texas
ENTERED

DEC 1 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOSE MARTIN OVIEDO-SIFUENTES, )
)
v. ) C.A. B-02-198
)
CHARLES ARENDALE, et al, )
_____ )

ORDER GRANTING PETITIONER'S MOTION TO HOLD IN ABEYANCE
PENDING A DECISION IN *SALAZAR-REGINO v. TROMINSKI*, C.A. B-02-045

Before the Court is Petitioner's Motion to hold the instant case in abeyance, pending resolution of the lead case in this series, *Salazar-Regino v. Trominski*, CA B-02-045, and the response, if any of the Government to said motion.

The Court being of the opinion that the interests of justice, and judicial economy, will be served by holding the case at bar in abeyance pending resolution of *Salazar-Regino*, and for that reason, hereby GRANTS Petitioner's motion.

IT IS THEREFORE ORDERED THAT proceedings herein be, and the same hereby are, in abeyance until *Salazar-Regino v. Trominski*, CA B-02-045 has been fully and finally resolved

DONE at Brownsville, Texas

this _18_ day of _DEC_____, 2002

_____
JUDGE PRESIDING