IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 0 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE MARTIN OVIEDO-SIFUENTES,  )<br>)<br>Petitioner,                    )<br>)<br>v.                              )<br>)<br>CHARLES ARENDALE, ACTING        )<br>DIRECTOR, HLG/DO, and           )<br>JOHN ASHCROFT, ATTORNEY          )<br>GENERAL OF THE UNITED STATES,   )<br>)<br>Respondents.                    )<br>_____) | CIVIL ACTION NO.<br>B-02-198 |

RESPONDENTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND

COME NOW, the Respondents, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and present this motion for extension of time to respond to the Petition for Writ of Habeas Corpus filed by the Petitioner.

The undersigned, who is responsible for and intimately involved with the case, has recently been rehospitalized and her doctor has not cleared her to return to work. Therefore, the

Respondents respectfully request an extension of time to prepare a proper response. The Return is due on December 20, 2002. The Respondents request a 60-day extension from the date the order is executed granting the request in which to file any responsive pleading.

Petitioner's counsel, Lisa Brodyaga, has been contacted regarding this request and expressed she would not be opposed to the extension of time to respond.

Based on the foregoing, the Respondents respectfully request an extension of time to file a Return in this matter until 60 days after the execution of the order granting the request.

                              Respectfully submitted,

                              MICHAEL T. SHELBY
                              United States Attorney
                              Southern District of Texas

                              LISA M. PUTNAM
                              Special Assistant U.S. Attorney
                              P.O. Box 1711
                              Harlingen, Texas 78551
                              Tel: (956) 389-7051
                              Georgia Bar No. 590315

December 18, 2002            Federal Bar No. 23937

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Respondents' Unopposed Motion for Extension of Time to Respond was mailed via first class mail, postage prepaid to:

>   Lisa Brodyaga, Esquire
>   Refugio Del Rio Grande
>   17891 Landrum Park Rd.
>   San Benito, TX  78586

on this 13th day of December, 2002.

_____
LISA M. PUTNAM
Special Assistant United States Attorney