AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_Southern_ DISTRICT OF _Texas_

*United States District Court*
*Southern District of Texas*
*FILED*

JAN 2 3 2003

Michael N. Milby
Clerk of Court

13

## EXHIBIT AND WITNESS LIST

V.

Case Number: CAB-02-198

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Magistrate Felix Recio | Lisa Brodyaga | Lisa Putnam |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| | Mr. Schwab | Sally Garcia |

| PLF. NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 1/23/03 | | | 1st witness: Robert H Crane |
| ✓ | | " | | | 2nd witness: Praxedis Rodriguez-Castro |
| ✓ | | " | A | ✓ | letter |
| ✓ | | " | | | 3rd witness: Teodulo Cantu-Delgadillo |
| ✓ | | " | | | 4th witness: Nohemi Rangel-Rivera |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages



Veterans of Foreign Wars Post 2035
349 Paredes Ln. Rd.
Brownsville, Tx 78520

Americanism is an Unfailing Love of Country

**Luis Lucio**
Commander

(956) 541-3671 * (956) 546-1140 * Fax: (956) 541-1192

January 20, 2003
Brownsville, Texas

Honorable Judge Felix Recio

This is to inform you, that Mr. Praxedis Rodriguez is a veteran of the United States Armed Forces in the Vietnam Era. He is a member of the Infantry Musuem Association in Fort Benning, Georgia. He has been given all honors, previleges and recognition of this membership.

Mr. Rodriguez was brought into the United States when he was just an infant. He was raised in Los Fresnos, Texas where he attended all his school years and graduated in 1970 from Los Fresnos High School. He married his High School sweetheart and has been married for 32 years, had five children and now have four grandchildren. Mr. Rodrguez went to a rehabilitation facility in 1998 and is now completely rehabilitated. Since then he has been working for Trico Technology of Brownsville, without missing one day of work.

His wife Mrs. Rodriguez, is recently recovering from a major surgery and has been having other medical difficulties and depents totally on Mr. Rodriguez for moral, emotional and financial support. His is the only source of income to the household. Mr. Rodriguez knows nothing about Mexico and claims the United States as his country.

I would appriciate any consideration given to him as a fellow veteran.

Yours in Comradeship

*Luis Lucio*
Luis Lucio
V.F.W. Post 2035 Commander

PLAINTIFFS EXHIBIT A

CA# B-02-228