

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

```
United States District Court
Southern District of Texas
       FILED
    FEB 1 2 2003
   Michael N. Milby
    Clerk of Court
```

| | | |
|---|---|---|
| JOSE MARTIN OVIEDO-SIFUENTES | * | |
| | * | |
| VS | * | C.A. NO. B-02-198 |
| | * | |
| CHARLES ARENDALE, ACTING DIRECTOR, HLG/DO, ET AL | * * | |

```
United States District Court
Southern District of Texas
      ENTERED
    FEB 1 3 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk _____
```

## ORDER

On January 23, 2003, a hearing was held designed to assist the Court in identifying the constitutional issues raised in Petitioner's Writ of Habeas Corpus. Petitioner and Respondents were given an opportunity to present their respective arguments as to each constitutional issue raised.

On February 5, 2003, Respondent (U.S. Immigration and Naturalization Service) filed untimely objections to the evidentiary hearing of January 23, 2003 (Doc. No. 17). Respondents object "to the District Court considering any of the documentary or testimonial evidence presented on the January 23, 2003 hearing." The objections are overruled as untimely. Federal Rules of Evidence, Rule 103(a)(1).

DONE at Brownsville, Texas, this 12th day of February 2003.

_____
Felix Recio
United States Magistrate Judge