UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE MARTIN OVIEDO-SIFUENTES, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> JOHN ASHCROFT, ATTORNEY GENERAL § <br> OF THE UNITED STATES, ET AL. § <br> Defendant. § | CIVIL ACTION NO. B-02-198 |

## ORDER

BE IT REMEMBERED that the above-styled cause of action is hereby TRANSFERRED to Judge Hilda Tagle for further proceedings in order for the case to be heard with similar cases currently under review by Judge Tagle.

DONE at Brownsville, Texas this 24th day of March, 2003.

Andrew S. Hanen
United States District Judge