United States District Court
Southern District of Texas
FILED

APR 2 5 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOSE OVIEDO-SIFUENTES )
)
v. ) C.A. B-02-198
)
CHARLES ARENDALE, ET AL )
)

**PETITIONER'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO RESPONDENTS' OBJECTIONS TO THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND ACCOMPANYING MOTION TO TRANSFER**

Petitioner, through counsel, hereby files the instant unopposed motion for an extension of time, to and including May 12, 2003, in which to respond to the Objections to the Report and Recommendation of the United States Magistrate Judge, and accompanying motion to transfer and hold in abeyance, filed by Respondents. In support thereof, Petitioner would respectfully show as follows:

The case at bar, and the others in this series, present issues of first impression, and extreme importance. They derive from a rapidly emerging field of law, in which there are few, if any, substantive guideposts.

The undersigned has been unusually busy with other cases since receiving the Objections of the Government, and not only has what may well be a dispositive hearing on Tuesday, April 29, 2003 in the case of *Reyna-Montoya v. Trominski,* CA B-02-144, but also has a brief due at the Ninth Circuit on Monday, April 28, 2003, in *Pham v. Ashcroft,* No. 02-73215. Petitioner also needs time to continue negotiations with Respondent regarding the motion to transfer in this, and other cases. In order to conserve resources, Petitioner wishes to discuss further with Respondent the possibility of holding all but one or two cases in abeyance, while the Fifth Circuit considers the issues.

The undersigned has consulted with Lisa Putnam, SAUSA, who states that the Government does not oppose the instant motion.

WHEREFORE, it is respectfully urged that Petitioner be given until May 12, 2003, in which to respond to the Objections, and Motion to Transfer and Hold in Abeyance, filed in the case at bar.

Respectfully Submitted,

Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)
Fed. ID. 1178
Texas Bar 03052800

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing, and Proposed Order, were personally served on the Office of Lisa Putnam, SAUSA, this 25th day of April, 2003.

2