UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 2 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE OVIEDO-SIFUENTES ) | |
| ) | |
| v. ) | C.A. B-02-198 |
| ) | |
| CHARLES ARENDALE, ET AL ) | |

**PETITIONER'S UNOPPOSED MOTION TO EXTEND DATE FOR FILING RESPONSE TO GOVERNMENT'S OBJECTIONS TO THE REPORT AND RECOMMENDATION, UNTIL THE COURT RULES ON RESPONDENTS' (NOW, UNOPPOSED) MOTION TO HOLD HIS CASE IN ABEYANCE, PENDING FULL AND FINAL RESOLUTION OF *SALAZAR-REGINO*, AND, IF SAID MOTION IS DENIED, FOR A REASONABLE PERIOD OF TIME THEREAFTER.**

Petitioner, through counsel, hereby files the instant, unopposed motion to suspend the due date for his response to the Objections of the Government to the Report and Recommendation of the United States Magistrate Judge, until such time as the Court has ruled on the Government's (now unopposed) motion to hold his case in abeyance, until such time as the companion case, *Salazar-Regino v. Trominski,* CA B-02-045, has been fully and finally resolved, and, if said motion is denied, for a reasonable period of time thereafter. Petitioner would further advise the Court that, on May 12, 2003, the undersigned spoke with Lisa Putnam, SAUSA, who stated that the Government did not oppose the instant motion.

Respectfully Submitted,

*/s/ Lisa S. Brodyaga*

Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)
Fed. ID. 1178
Texas Bar 03052800

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, and Proposed Order, were personally served on the Office of Lisa Putnam, SAUSA, this 12th day of May, 2003.

