UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TEODULO CANTU-DELGADILLO, | ) | |
| | ) | |
| v. | ) | C.A.  B-02-114 |
| | ) | |
| E.M. TROMINSKI, et al. | ) | |
| | ) | |
| DANIEL CARRIZALOS-PEREZ, | ) | |
| | ) | |
| v. | ) | C.A.  B-02-136 |
| | ) | |
| AARON CABRERA, et al. | ) | |
| | ) | |
| MANUEL SANDOVAL-HERRERA, | ) | |
| | ) | |
| v. | ) | C.A.  B-02-138 |
| | ) | |
| AARON CABRERA, et al. | ) | |
| | ) | |
| RAUL HERNANDEZ-PANTOJA, | ) | |
| | ) | |
| v. | ) | C.A.  B-02-197 |
| | ) | |
| JOHN ASHCROFT, et al. | ) | |
| | ) | |
| JOSE MARTIN OVIEDO-SIFUENTES | ) | |
| | ) | |
| v. | ) | C.A.  B-02-198 |
| | ) | |
| CHARLES ARENDALE, et al. | ) | |
| | ) | |
| CESAR LUCIO, | ) | |
| | ) | |
| v. | ) | C.A.  B-02-225 |
| | ) | |
| CHARLES ARENDALE, et al. | ) | |
| | ) | |
| PRAXEDIS RODRIGUEZ-CASTRO | ) | |
| | ) | |
| v. | ) | C.A.  B-02-228 |
| | ) | |
| AARON CABRERA, et al. | ) | |

EXHIBIT "A" IN SUPPORT OF
MOTION TO RETURN CASE TO FIFTH CIRCUIT

Home    PACER    Deadlines    Statuses    Help

# General Docket
## US Court of Appeals for the Fifth Circuit

Court of Appeals Docket #: 03-41492                            Filed: 10/29/03
Nsuit:     0
Salazar-Regino, et al v. Trominski, et al
Appeal from: Southern District of Texas, Brownsville

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

        District: 0541-1 : 1:02-CV-45
        Ordering Judge: Hilda G Tagle, US District Judge
        Court Reporter: Eric Schwab, Court Reporter
        Court Reporter: Breck Record, Court Reporter
        Date Filed: 3/8/02
        Date order/judgment: 10/2/03
        Date NOA filed: 10/17/03
        District: 0541-1 : 1:02-CV-114
        Date Filed: 5/29/02
        Date order/judgment: 10/2/03
        Date NOA filed: 10/17/03
        District: 0541-1 : 1:02-CV-136
        Date Filed: 7/3/02
        Date order/judgment: 10/2/03
        Date NOA filed: 10/17/03
        District: 0541-1 : 1:02-CV-138
        Date Filed: 7/8/02
        Date order/judgment: 10/2/03
        Date NOA filed: 10/17/03
        District: 0541-1 : 1:02-CV-197
        Date Filed: 10/11/02
        Date order/judgment: 10/2/03
        Date NOA filed: 10/17/03
        District: 0541-1 : 1:02-CV-198
        Date Filed: 10/15/02
        Date order/judgment: 10/2/03
        Date NOA filed: 10/17/03
        District: 0541-1 : 1:02-CV-225
        Date Filed: 12/2/02
        Date order/judgment: 10/2/03
        Date NOA filed: 10/17/03
        District: 0541-1 : 1:02-CV-228
        Date Filed: 12/6/02
        Date order/judgment: 10/2/03
        Date NOA filed: 10/17/03
        District: 0541-1 : 1:03-CV-2
        Date Filed: 1/6/03
        Date order/judgment: 10/2/03
        Date NOA filed: 10/17/03
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: Paid

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Docket as of October 5, 2005 4:29 pm                    Page 1

03-41492 Salazar-Regino, et al v. Trominski, et al

Prior cases:
   None
Current cases:

|  | Lead | Member | Start | End |
|---|---|---|---|---|
| Additional Appeal: | | | | |
|  | 04-60897 | 05-60673 | 7/15/05 | |
|  | 05-60496 | 05-60779 | 8/10/05 | |
| Related: | | | | |
|  | 03-41492 | 03-50907 | 3/8/04 | |
|  | 03-41492 | 04-60255 | 10/6/04 | |
|  | 03-41492 | 04-60897 | 1/21/05 | |
|  | 03-41492 | 05-60194 | 3/31/05 | |
|  | 03-41492 | 05-60495 | 6/9/05 | |
|  | 03-41492 | 05-60496 | 6/20/05 | |
|  | 03-41492 | 05-60593 | 6/28/05 | |
|  | 03-41492 | 05-60594 | 6/28/05 | |
|  | 03-41492 | 05-60595 | 6/28/05 | |
|  | 03-41492 | 05-60596 | 6/28/05 | |
|  | 03-41492 | 05-60698 | 8/1/05 | |
|  | 03-41492 | 05-60692 | 8/17/05 | |
|  | 03-41492 | 05-60503 | 8/17/05 | |
|  | 03-41492 | 05-60626 | 8/17/05 | |
|  | 04-41624 | 03-41492 | 1/28/05 | |
|  | 05-40557 | 03-41492 | 4/28/05 | |
|  | 05-60627 | 03-41492 | 7/22/05 | |
|  | 05-60555 | 03-41492 | 7/29/05 | |
|  | 05-60778 | 03-41492 | 8/19/05 | |
|  | 05-60770 | 03-41492 | 8/19/05 | |
|  | 05-60798 | 03-41492 | 8/22/05 | |

Docket as of October 5, 2005 4:29 pm                    Page 2

03-41492 Salazar-Regino, et al v. Trominski, et al

LAURA ESTELA SALAZAR-REGINO          Jodilyn Marie Goodwin
     Petitioner - Appellant          FAX 956-428-7360
                                     956-428-7212
                                     [COR NTC ret]
                                     Jodi Goodwin Law Office
                                     1322 E Tyler Avenue
                                     Harlingen, TX 78550-7142

                                     Lisa S Brodyaga
                                     FAX 956-421-3423
                                     956-421-3226
                                     [COR LD NTC ret]
                                     Refugio de Rio Grande
                                     17891 Landrum Park Road
                                     San Benito, TX 78586

TEODULO CANTU-DELGADILLO
    Petitioner - Appellant

Jodilyn Marie Goodwin
(See above)
[COR NTC ret]

Lisa S Brodyaga
(See above)
[COR LD NTC ret]

DANIEL CARRIZALES-PEREZ
    Petitioner - Appellant

Jodilyn Marie Goodwin
(See above)
[COR NTC ret]

Lisa S Brodyaga
(See above)
[COR LD NTC ret]

MANUEL SANDOVAL-HERRERA
    Petitioner - Appellant

Jodilyn Marie Goodwin
(See above)
[COR NTC ret]

Lisa S Brodyaga
(See above)
[COR LD NTC ret]

RAUL HERNANDEZ PANTOJA
    Petitioner - Appellant

Jodilyn Marie Goodwin
(See above)
[COR NTC ret]

Lisa S Brodyaga
(See above)
[COR LD NTC ret]

JOSE MARTIN OVIEDO-SIFUENTES
    Petitioner - Appellant

Jodilyn Marie Goodwin
(See above)
[COR NTC ret]

Lisa S Brodyaga
(See above)

Docket as of October 5, 2005 4:29 pm                    Page 3

---

03-41492 Salazar-Regino, et al v. Trominski, et al

[COR LD NTC ret]

CESAR LUCIO
    Petitioner - Appellant

Jodilyn Marie Goodwin
(See above)
[COR NTC ret]

Lisa S Brodyaga
(See above)
[COR LD NTC ret]

PRAXEDIS RODRIGUEZ
    Petitioner - Appellant

Jodilyn Marie Goodwin
(See above)
[COR NTC ret]

```
                                        Lisa S Brodyaga
                                        (See above)
                                        [COR LD NTC ret]

NOHEMI RANGEL-RIVERA                     Jodilyn Marie Goodwin
     Petitioner - Appellant              (See above)
                                         [COR NTC ret]

                                         Lisa S Brodyaga
                                         (See above)
                                         [COR LD NTC ret]


     v.


E M TROMINSKI                            Margaret J Perry
     Respondent - Appellee               FAX 202-616-9366
                                         202-616-9310
                                         [COR LD NTC gvt]
                                         US Department of Justice
                                         Office of Immigration
                                         Litigation
                                         PO Box 878
                                         Ben Franklin Station
                                         Washington, DC 20044

                                         Paul Fiorino
                                         FAX 202-610-9950
                                         202-353-9986
                                         Room 9400
                                         [COR LD NTC gvt]
                                         US Department of Justice
                                         Civil Division Immigration
                                         Litigation
                                         1331 Pennsylvania Avenue NW
                                         Washington, DC 20004

ALBERTO R GONZALES, U S                  Margaret J Perry
ATTORNEY GENERAL                         (See above)
     Respondent - Appellee               [COR LD NTC gvt]

Docket as of October 5, 2005 4:29 pm                      Page 4
```

---

```
03-41492 Salazar-Regino, et al v. Trominski, et al

                                         Paul Fiorino
                                         (See above)
                                         [COR LD NTC gvt]

AARON CABRERA                            Margaret J Perry
     Respondent - Appellee               (See above)
                                         [COR LD NTC gvt]

CHARLES ARENDALE, Acting                 Margaret J Perry
Director                                 (See above)
     Respondent - Appellee               [COR LD NTC gvt]
```

Docket as of October 5, 2005 4:29 pm                    Page 5

--------------------------------------------------------------------

03-41492 Salazar-Regino, et al v. Trominski, et al

LAURA ESTELA SALAZAR-REGINO

                 Petitioner - Appellant

    v.

E M TROMINSKI, District Director, INS;
ALBERTO R GONZALES, US Attorney General

                 Respondents - Defendants
_____

TEODULO CANTU-DELGADILLO

                 Petitioner - Appellant

    v.

E M TROMINSKI, District Director, INS;
ALBERTO R GONZALES, US Attorney General

                 Respondents - Defendants
_____

DANIEL CARRIZALES-PEREZ

                 Petitioner - Appellant

    v.

AARON CABRERA, Acting Director, INS, Acting Director
HLG/DO; ALBERTO R GONZALES, Attorney General of the United States

                 Respondents - Defendants
_____

MANUEL SANDOVAL-HERRERA

                 Petitioner - Appellant

    v.

AARON CABRERA, Acting Director, INS;
ALBERTO R GONZALES, Attorney General of the United States

                 Respondents - Defendants
_____

RAUL HERNANDEZ PANTOJA

                 Petitioner - Appellant

v.

Docket as of October 5, 2005 4:29 pm                    Page 6

---

03-41492 Salazar-Regino, et al v. Trominski, et al

ALBERTO R GONZALES, US Attorney General;
CHARLES ARENDALE, Acting Director

                Respondents - Defendants
---

JOSE MARTIN OVIEDO-SIFUENTES

                Petitioner - Appellant

    v.

CHARLES ARENDALE, Acting Director;
ALBERTO R GONZALES, US Attorney General

                Respondents - Defendants
---

CESAR LUCIO

                Petitioner - Appellant

    v.

CHARLES ARENDALE, Acting Director
ALBERTO R GONZALES, US Attorney General

                Respondents - Defendants
---

PRAXEDIS RODRIGUEZ

                Petitioner - Appellant

    v.

AARON CABRERA; ALBERTO R GONZALES, US Attorney General

                Respondents - Defendants
---

NOHEMI RANGEL-RIVERA

                Petitioner - Appellant

    v.

AARON CABRERA; ALBERTO R GONZALES

Respondents - Appellees

Docket as of October 5, 2005 4:29 pm                    Page 7

...............................................................................................................................

03-41492 Salazar-Regino, et al v. Trominski, et al

10/29/03              Prisoner case docketed with counsel. NOA filed by Appellant
                      Laura Estela Salazar-Regino, Appellant Teodulo
                      Cantu-Delgadillo, Appellant Daniel Carrizales-Perez,
                      Appellant Manuel Sandoval-Herrera, Appellant Raul Hernandez
                      Pantoja, Appellant Jose Martin Oviedo-Sifuentes, Appellant
                      Cesar Lucio, Appellant Praxedis Rodriguez, Appellant Nohemi
                      Rangel-Rivera. [03-41492] (rjd)

11/5/03               Notice received on 10/29/03 from Appellant Laura Estela
                      Salazar-Regino, Appellant Teodulo Cantu-Delgadillo,
                      Appellant Daniel Carrizales-Perez, Appellant Manuel
                      Sandoval-Herrera, Appellant Raul Hernandez Pantoja,
                      Appellant Jose Martin Oviedo-Sifuentes, Appellant Cesar
                      Lucio, Appellant Praxedis Rodriguez, Appellant Nohemi
                      Rangel-Rivera that transcript is unnecessary. [03-41492]
                      Transcript Order ddl satisfied. ROA due on 11/20/03. (cb)

11/13/03              Appearance form filed by Lisa S Brodyaga for Appellant
                      Nohemi Rangel-Rivera, Appellant Praxedis Rodriguez,
                      Appellant Cesar Lucio, Appellant Jose Martin
                      Oviedo-Sifuentes, Appellant Raul Hernandez Pantoja,
                      Appellant Manuel Sandoval-Herrera, Appellant Daniel
                      Carrizales-Perez, Appellant Teodulo Cantu-Delgadillo,
                      Appellant Laura Estela Salazar-Regino.  [03-41492] (sdh)

11/17/03              Appearance form filed by Jodilyn Marie Goodwin for
                      Appellant Nohemi Rangel-Rivera, Appellant Praxedis
                      Rodriguez, Appellant Cesar Lucio, Appellant Jose Martin
                      Oviedo-Sifuentes, Appellant Raul Hernandez Pantoja,
                      Appellant Manuel Sandoval-Herrera, Appellant Daniel
                      Carrizales-Perez, Appellant Teodulo Cantu-Delgadillo,
                      Appellant Laura Estela Salazar-Regino.  [03-41492] (jmm)

12/2/03               Record on appeal filed.  Vol(s) of Pleadings: 1 Vol(s) of
                      Transcripts: 2  Exhibits: 1 env. [03-41492]  (ALWAYS SEND
                      EXHIBITS WITH ROA). (sep)

12/24/03              Supplemental record on appeal filed.  Supplement #: 1
                      Vol(s) of Pleadings: 8  Exhibits: 1 box (ALWAYS SEND WITH
                      ROA) [03-41492] ROA ddl satisfied. (mts)

1/12/04               Briefing notice issued. [03-41492] A/Pet's Brief due on
                      2/23/04 for Nohemi Rangel-Rivera, for Praxedis Rodriguez,
                      for Cesar Lucio, for Jose Martin Oviedo-Sifuentes, for Raul
                      Hernandez Pantoja, for Manuel Sandoval-Herrera, for Daniel
                      Carrizales-Perez, for Teodulo Cantu-Delgadillo, for Laura
                      Estela Salazar-Regino. (mts)

Docket as of October 5, 2005 4:29 pm                    Page 8

03-41492 Salazar-Regino, et al v. Trominski, et al

1/21/04          Record on appeal released to attorney Lisa S Brodyaga for
                 Appellant Nohemi Rangel-Rivera, Appellant Praxedis
                 Rodriguez, Appellant Cesar Lucio, Appellant Jose Martin
                 Oviedo-Sifuentes, Appellant Raul Hernandez Pantoja,
                 Appellant Manuel Sandoval-Herrera, Appellant Daniel
                 Carrizales-Perez, Appellant Teodulo Cantu-Delgadillo,
                 Appellant Laura Estela Salazar-Regino.   Volumes: 3
                 Supplemental Volumes: 8. [03-41492] (cpd)

2/19/04          Appearance form filed by Margaret J Perry for Appellee
                 Charles Arendale, Appellee Aaron Cabrera, Appellee John
                 Ashcroft, Appellee E M Trominski.  [03-41492] (rjd)

2/20/04          Motion filed by Appellant Laura Estela Salazar-Regino,
                 Appellant Teodulo Cantu-Delgadillo, Appellant Daniel
                 Carrizales-Perez, Appellant Manuel Sandoval-Herrera,
                 Appellant Raul Hernandez Pantoja, Appellant Jose Martin
                 Oviedo-Sifuentes, Appellant Cesar Lucio, Appellant Praxedis
                 Rodriguez, Appellant Nohemi Rangel-Rivera to hold case in
                 abeyance [4757607-1] pending resolution of case 03-50907,
                 alternatively to extend time to file appellant(s) brief for
                 30 days from the ruling on this motion [4757607-2]
                 Response/Opposition due on 3/3/04.    Date of COS: 2/19/04
                 Sufficient [Y/N]: Y [03-41492] (rjd)

2/20/04          Exhibits filed by Appellant Laura Estela Salazar-Regino,
                 Appellant Teodulo Cantu-Delgadillo, Appellant Daniel
                 Carrizales-Perez, Appellant Manuel Sandoval-Herrera,
                 Appellant Raul Hernandez Pantoja, Appellant Jose Martin
                 Oviedo-Sifuentes, Appellant Cesar Lucio, Appellant Praxedis
                 Rodriguez, Appellant Nohemi Rangel-Rivera in support of
                 motion to stay further proceedings in this court
                 [4757607-1] by Appellant Laura Estela Salazar-Regino,
                 Teodulo Cantu-Delgadillo, Daniel Carrizales-Perez, Manuel
                 Sandoval-Herrera, Raul Hernandez Pantoja, Jose Martin
                 Oviedo-Sifuentes, Cesar Lucio, Rodriguez, Nohemi
                 Rangel-Rivera, alternative motion to extend time to file
                 Appellant's Brief [4757607-2] by Appellant Laura
                 Salazar-Regino, Teodulo Cantu-Delgadillo, Daniel
                 Carrizales-Perez, Manuel Sandoval-Herrera, Raul Hernandez
                 Pantoja, Jose Martin Oviedo-Sifuentes, Cesar Lucio,
                 Praxedis Rodriguez, Nohemi Rangel-Rivera [4757797-1]
                 [03-41492] (rjd)

Docket as of October 5, 2005 4:29 pm                    Page 9

03-41492 Salazar-Regino, et al v. Trominski, et al

2/26/04          Response/opposition filed by Appellee E M Trominski,
                 Appellee John Ashcroft, Appellee Aaron Cabrera, Appellee
                 Charles Arendale to motion to stay further proceedings in
                 this court [4757607-1] by Appellant Laura Estela

Salazar-Regino, Teodulo Cantu-Delgadillo, Daniel
Carrizales-Perez, Manuel Sandoval-Herrera, Raul Hernandez
Pantoja, Jose Martin Oviedo-Sifuentes, Cesar Lucio,
Praxedis Rodriguez, Nohemi Rangel-Rivera
Response/Opposition ddl satisfied. Reply to Resp/Opp due on
3/8/04.   Date of COS: 2/25/04   Sufficient [Y/N]: Y
[4761015-1] [03-41492] (cb)

3/8/04              Reply filed by Appellant Laura Estela Salazar-Regino,
                    Appellant Teodulo Cantu-Delgadillo, Appellant Daniel
                    Carrizales-Perez, Appellant Manuel Sandoval-Herrera,
                    Appellant Raul Hernandez Pantoja, Appellant Jose Martin
                    Oviedo-Sifuentes, Appellant Cesar Lucio, Appellant Praxedis
                    Rodriguez, Appellant Nohemi Rangel-Rivera to
                    response/opposition [4761015-1], motion to stay further
                    proceedings in this court [4757607-1], motion to extend
                    time to file Appellant's Brief [4757607-2] Reply to
                    Resp/Opp due ddl satisfied.  Sufficient [Y/N]: Y
                    [4771211-1] [03-41492] (cb)

3/8/04              Unopposed motion filed by Appellant Laura Estela
                    Salazar-Regino, Appellant Teodulo Cantu-Delgadillo,
                    Appellant Daniel Carrizales-Perez, Appellant Manuel
                    Sandoval-Herrera, Appellant Raul Hernandez Pantoja,
                    Appellant Jose Martin Oviedo-Sifuentes, Appellant Cesar
                    Lucio, Appellant Praxedis Rodriguez, Appellant Nohemi
                    Rangel-Rivera to sever and hold in abeyance the cases of
                    Teodulo Cantu-Delgadillo, Daniel Carrizales-Perez, Manuel
                    Sandoval-Herrera, Raul Hernandez-Pantoja, Jose Martin
                    Oviedo-Sifuentes, Cesar Lucio, and Praxedis Rodriguez.
                    (INCORPORATED IN REPLY TO RESPONSE TO MOTION TO HOLD CASES
                    IN ABEYANCE) [4771213-1] Date of COS: 3/6/04  Sufficient
                    [Y/N]: Y [03-41492] (cb)

Docket as of October 5, 2005 4:29 pm                    Page 10

---

03-41492 Salazar-Regino, et al v. Trominski, et al

3/16/04             COURT Order filed denying appellant's motion to stay this
                    appeal pending resolution of the related appeal No.
                    03-50907 in this court [4757607-1], granting unopposed
                    motion to extend time to file Appellant's Brief until 30
                    days after the ruling on the motion for stay [4757607-2]
                    A/Pet's Brief ddl to 4/15/04 for Nohemi Rangel-Rivera, for
                    Praxedis for Cesar Lucio, for Jose Martin Oviedo-Sifuentes,
                    for Raul Hernandez Pantoja, for Manuel Sandoval-Herrera,
                    for Daniel Carrizales-Perez, for Teodulo Cantu-Delgadillo,
                    for Laura Estela Salazar-Regino.  It is further ordered
                    that the unopposed motion of the appeallants to sever the
                    appeal as to appellants Teodulo Cantu-Delgadillo, Daniel
                    Carrizales-Perez, Manuel Sandoval-Herrera, Raul
                    Hernandez-Pantoja, Jose Martin Oviedo-Sifuentes, Cesar
                    Lucio, and Praxedis Rodriguez only pending resolution of
                    the appeal as to appellants Laura Estela Salazar-Regino and
                    Nohemi Rangel-Rivera is denied. [4771213-1] (WED) Copies to
                    all counsel. [03-41492] (sdh)

4/2/04          Joint stipulation filed by parties to extend time to file
                appellant(s) brief until 30 days after receipt of the
                supplemented record. [4794168-1], to supplement the record
                on appeal with administrative record. [4794168-2]
                Sufficient [Y/N]: Y [03-41492] (cb)

4/2/04          Record on appeal released to attorney Lisa S Brodyaga for
                Appellant Nohemi Rangel-Rivera, Appellant Praxedis
                Rodriguez, Appellant Cesar Lucio, Appellant Jose Martin
                Oviedo-Sifuentes, Appellant Raul Hernandez Pantoja,
                Appellant Manuel Sandoval-Herrera, Appellant Daniel
                Carrizales-Perez, Appellant Teodulo Cantu-Delgadillo,
                Appellant Laura Estela Salazar-Regino.  Exhibits: 1 env & 1
                box. [03-41492] (cpd)

4/2/04          CLERK Order filed granting in part motion to extend time to
                file Appellant's Brief [4794168-1] A/Pet's Brief ddl
                updated to 4/23/04 for Nohemi Rangel-Rivera, for Praxedis
                Rodriguez, for Cesar Lucio, for Jose Martin
                Oviedo-Sifuentes, for Raul Hernandez Pantoja, for Manuel
                Sandoval-Herrera, for Daniel Carrizales-Perez, for Teodulo
                Cantu-Delgadillo, for Laura Estela Salazar-Regino, mooting
                motion to supplement the record [4794168-2] Copies to all
                counsel. [03-41492] (jtr)

4/2/04          Joint stipulation filed by parties to sever seven of the
                cases from this appeal and/or hold them in abeyance pending
                a decision in the two lead cases of Salazar-Regino v.
                Trominski and Rangel-Rivera v. Cabrera. [4796330-1]
                Sufficient [Y/N]: Y [03-41492] (cb)

Docket as of October 5, 2005 4:29 pm                    Page 11

---

03-41492 Salazar-Regino, et al v. Trominski, et al

4/13/04         COURT Order filed granting joint motion filed by parties to
                sever seven of the cases from this appeal and/or hold them
                in abeyance pending a decision in the two lead cases of
                Salazar-Regino v. Trominski and Rangel-Rivera v. Cabrera.
                [4796330-1] (WED) Copies to all counsel. (sds)

4/27/04         Record on appeal returned to 5CCA.  Volumes: 2 (Vols 2 & 3
                only) Supplemental Volumes: 7 (Vols 1 - 7 only)  Exhibits:
                1 env; 1 box [03-41492] (sdh)

4/27/04         Record on appeal forwarded by Lisa S Brodyaga for Appellant
                Nohemi Rangel-Rivera, Appellant Praxedis Rodriguez,
                Appellant Cesar Lucio, Appellant Jose Martin
                Oviedo-Sifuentes, Appellant Raul Hernandez Pantoja,
                Appellant Manuel Sandoval-Herrera, Appellant Daniel
                Carrizales-Perez, Appellant Teodulo Cantu-Delgadillo,
                Appellant Laura Estela Salazar-Regino  to Margaret J Perry
                for Appellee Charles Arendale, Appellee Aaron Cabrera,
                Appellee John Ashcroft, Appellee E M Trominski.   Volumes:
                1 (Vol 1)  Supplemental Volumes: 1 (Vol 8) Exhibits: 2 vols

out of box were forwarded. [03-41492] (sdh)

4/27/04          Appellant's Brief filed by Appellant Laura Estela
                 Salazar-Regino, Appellant Nohemi Rangel-Rivera.  Copies of
                 Brief: 7 # of pages: 51  Word count: 13,994 Date of COS:
                 4/23/04 Hand Delivered [Y/N]: N  Disk Provided [Y/N]: N
                 Sufficient [Y/N]: N NO DISK PROVIDED AND TITLE INCORRECT.
                 [4820787-1] {03-41492] A/Pet's Brief ddl satisfied. E/Res's
                 Brief due on 5/27/04 for Charles Arendale, for Aaron
                 Cabrera, for John Ashcroft, for E M Trominski. Sufficient
                 Brief due on 5/10/04 for Nohemi Rangel-Rivera, for Laura
                 Estela Salazar-Regino. (mts)

4/27/04          Record excerpts filed by Appellant Laura Estela
                 Salazar-Regino, Appellant Nohemi Rangel-Rivera  # of
                 copies: 4  Sufficient [Y/N]: N TITLE INCORRECT and MISSING
                 TABS. [03-41492] Sufficient Record Excerpts due on 5/10/04
                 for Nohemi Rangel-Rivera, for Laura Estela Salazar-Regino.
                 (mts)

4/27/04          The attorney Thelma O Garcia for Nohemi Rangel-Rivera,
                 attorney Thelma O Garcia for Praxedis Rodriguez, attorney
                 Thelma O Garcia for Cesar Lucio, attorney Thelma O Garcia
                 for Jose Martin Oviedo-Sifuentes, attorney Thelma O Garcia
                 for Raul Hernandez Pantoja, attorney Thelma O Garcia for
                 Manuel Sandoval-Herrera, attorney Thelma O Garcia for
                 Daniel Carrizales-Perez, attorney Thelma O Garcia for
                 Teodulo Cantu-Delgadillo, attorney Thelma O Garcia for
                 Laura Estela Salazar-Regino not participating in case.
                 [03-41492] (sep)

Docket as of October 5, 2005 4:29 pm                  Page 12

03-41492 Salazar-Regino, et al v. Trominski, et al

4/29/04          Letter filed by Appellant Laura Estela Salazar-Regino,
                 Appellant Teodulo Cantu-Delgadillo, Appellant Daniel
                 Carrizales-Perez, Appellant Manuel Sandoval-Herrera,
                 Appellant Raul Hernandez Pantoja, Appellant Jose Martin
                 Oviedo-Sifuentes, Appellant Cesar Lucio, Appellant Praxedis
                 Rodriguez, Appellant Nohemi Rangel-Rivera advising that
                 this case is related to 03-20126, Madriz-Alvarado v. John
                 Ashcroft [4819932-1] [03-41492] (SEND TO SCREENING JUDGE &
                 PANEL) (jmw)

5/13/04          Unopposed motion filed by Appellee E M Trominski, Appellee
                 John Ashcroft, Appellee Aaron Cabrera, Appellee Charles
                 Arendale to extend time to file appellee(s) brief until
                 6/25/04 [4833538-1]    Date of COS: 5/12/04  Sufficient
                 [Y/N]: Y [03-41492] (cb)

5/13/04          CLERK Order filed granting unopposed motion to extend time
                 to file Appellee's Brief [4833538-1] E/Res's Brief ddl
                 updated to 6/25/04 for Charles Arendale, for Aaron Cabrera,
                 for John Ashcroft, for E M Trominski. Copies to all
                 counsel. [03-41492] (sdh)

| | |
|---|---|
| 5/20/04 | Record Excerpts made sufficient by Appellant Laura Estela Salazar-Regino, Appellant Nohemi Rangel-Rivera [03-41492] Sufficient Record Excerpts ddl satisfied. (mts) |
| 6/7/04 | Brief made sufficient by Appellant Laura Estela Salazar-Regino, Appellant Nohemi Rangel-Rivera  Replacement Disk Provided [Y/N]: Y [03-41492] Sufficient Brief ddl satisfied. (mts) |
| 6/29/04 | Motion filed by Appellee E M Trominski, Appellee John Ashcroft, Appellee Aaron Cabrera, Appellee Charles Arendale for leave to file brief out of time. [4874498-1]  Brief tendered? (Y/N): Y.  Sufficient Mtn/Resp/Rpl due on 7/9/04 for Charles Arendale, for Aaron Cabrera, for John Ashcroft, for E M Trominski. Date of COS: 6/28/04 Sufficient [Y/N]: N Needs Cert. of Compliance. [03-41492] (cb) |
| 6/30/04 | Amended unopposed motion filed by Appellee E M Trominski, Appellee John Ashcroft, Appellee Aaron Cabrera, Appellee Charles Arendale for leave to file brief out of time. [4875939-1] Brief tendered? (Y/N): Y    Date of COS: 6/29/04  Sufficient [Y/N]: Y [03-41492] (cb) |
| 6/30/04 | Declared moot is the motion to file brief out of time [4874498-1] by Appellee E M Trominski, John Ashcroft, Aaron Cabrera, Charles Arendale Response/Opposition ddl satisfied. (Amended motion filed 6/30/04) [03-41492] (cb) |
| 6/30/04 | CLERK Order filed granting appellees' unopposed motion to file brief out of time [4875939-1] Copies to all counsel. [03-41492] (jtr) |

Docket as of October 5, 2005 4:29 pm                    Page 13

---

03-41492 Salazar-Regino, et al v. Trominski, et al

| | |
|---|---|
| 6/30/04 | The attorney Lisa M Putnam for Charles Arendale, attorney Lisa M Putnam for Aaron Cabrera, attorney Lisa M Putnam for John Ashcroft, attorney Lisa M Putnam for E M Trominski not participating in case. [03-41492] (mts) |
| 6/30/04 | Appellee's Brief filed by Appellee E M Trominski, Appellee John Ashcroft, Appellee Aaron Cabrera, Appellee Charles Arendale.   Copies of Brief: 7 # of pages: 52  Word count: 12,567 Date of COS: xx/xx/xx Hand Delivered [Y/N]: n   Disk Provided [Y/N]: y Sufficient [Y/N]: n NO CERTIFICATE OF SERVICE. [4892508-1] [03-41492] E/Res's Brief ddl satisfied. Reply Brief due on 7/14/04 for Nohemi Rangel-Rivera, for Laura Estela Salazar-Regino. Sufficient Brief due on 7/19/04 for Charles Arendale, for Aaron Cabrera, for John Ashcroft, for E M Trominski. (rsm) |
| 7/12/04 | Unopposed motion filed by Appellant Laura Estela Salazar-Regino, Appellant Nohemi Rangel-Rivera to extend time to file reply brief until 7/26/04 [4892520-1]    Date |

of COS: 7/9/04  Sufficient [Y/N]: Y [03-41492] (pac)

7/12/04   CLERK Order filed granting appellants' unopposed motion to
       extend time to file Reply Brief [4892520-1] Reply Brief ddl
       updated to 7/26/04 for Nohemi Rangel-Rivera, for Laura
       Estela Salazar-Regino. Copies to all counsel. [03-41492]
       (pac)

7/15/04   Record on appeal released to attorney Lisa S Brodyaga for
       Appellant Nohemi Rangel-Rivera, Appellant Praxedis
       Rodriguez, Appellant Cesar Lucio, Appellant Jose Martin
       Oviedo-Sifuentes, Appellant Raul Hernandez Pantoja,
       Appellant Manuel Sandoval-Herrera, Appellant Daniel
       Carrizales-Perez, Appellant Teodulo Cantu-Delgadillo,
       Appellant Laura Estela Salazar-Regino.  Volumes: 2  (Vols
       2 & 3) Supplemental Volumes: 7. [03-41492] (cpd)

7/20/04   Brief made sufficient by Appellee E M Trominski, Appellee
       John Ashcroft, Appellee Aaron Cabrera, Appellee Charles
       Arendale.  Date of COS:  6/28/04.  Replacement Disk
       Provided [Y/N]: N [03-41492] Sufficient Brief ddl
       satisfied. (sep)

7/28/04   Record on appeal returned to 5CCA.  Volumes: 2 (Vols 2-3)
       Supplemental Volumes: 8 [03-41492] (cpd)

7/29/04   Reply brief filed by Appellant Laura Estela Salazar-Regino,
       Appellant Nohemi Rangel-Rivera.  Copies of Brief: 7 # of
       pages: 27  Word count: 6,991 Date of COS: 7/26/04 Disk
       Provided [Y/N]: Y  Sufficient [Y/N]: N ATTY INFO NOT ON
       COVER. [4900247-1] [03-41492] Sufficient Brief due on
       8/9/04 for Nohemi Rangel-Rivera, for Laura Estela
       Salazar-Regino. Reply Brief ddl satisfied. (tdb)

Docket as of October 5, 2005 4:29 pm     Page 14

---

03-41492 Salazar-Regino, et al v. Trominski, et al

7/29/04   Record on appeal returned to 5CCA.  Volumes: 1 (Vol 1)
       Exhibits: 1 env [03-41492] (cpd)

8/4/04    Brief made sufficient by Appellant Laura Estela
       Salazar-Regino  Replacement Disk Provided [Y/N]: N
       [03-41492] Sufficient Brief ddl satisfied. (sep)

10/6/04   Supplemental authorities (FRAP 28(j)) filed by Appellee E M
       Trominski, Appellee John Ashcroft, Appellee Aaron Cabrera,
       Appellee Charles Arendale. [4964963-1] [03-41492] (SEND TO
       SCR. JUDGE & PANEL) (cpd)

11/10/04   Supplemental authorities (FRAP 28(j)) filed by Appellant
       Laura Estela Salazar-Regino, Appellant Teodulo
       Cantu-Delgadillo, Appellant Daniel Carrizales-Perez,
       Appellant Manuel Sandoval-Herrera, Appellant Raul Hernandez
       Pantoja, Appellant Jose Martin Oviedo-Sifuentes, Appellant
       Cesar Lucio, Appellant Praxedis Rodriguez, Appellant Nohemi

Rangel-Rivera. (SUBMIT TO SCREENING JUDGE & PANEL)
[4996760-1] [03-41492] (sdh)

3/11/05          Case tentatively calendared for oral argument    Week of:
                 05/09/05. [03-41492] (gam)

3/22/05          Case calendared for oral argument.    [03-41492] (sme)

4/7/05           Filing letter of Appellant Laura Estela Salazar-Regino,
                 Appellant Teodulo Cantu-Delgadillo, Appellant Daniel
                 Carrizales-Perez, Appellant Manuel Sandoval-Herrera,
                 Appellant Raul Hernandez Pantoja, Appellant Jose Martin
                 Oviedo-Sifuentes, Appellant Cesar Lucio, Appellant Praxedis
                 Rodriguez, Appellant Nohemi Rangel-Rivera dated 4/5/05
                 advising of a related appeal #04-41624 - Galvan v. Winfrey
                 which is currently being briefed. Sufficient [Y/N]: Y.
                 [03-41492] (cb)

5/6/05           Appearance form filed by Paul Fiorino for Appellee Alberto
                 R Gonzales, Appellee E M Trominski. [03-41492] ( No. of
                 forms filed: 1) (sme)

5/9/05           Supplemental authorities (FRAP 28(j)) filed by Appellee E M
                 Trominski, Appellee Alberto R Gonzales. [5159200-1]
                 [03-41492] (sme)

5/10/05          Supplemental authorities (FRAP 28(j)) filed by Appellant
                 Laura Estela Salazar-Regino, Appellant Teodulo
                 Cantu-Delgadillo, Appellant Daniel Carrizales-Perez,
                 Appellant Manuel Sandoval-Herrera, Appellant Raul Hernandez
                 Pantoja, Appellant Jose Martin Oviedo-Sifuentes, Appellant
                 Cesar Lucio, Appellant Praxedis Rodriguez, Appellant Nohemi
                 Rangel-Rivera. [5160811-1] [03-41492] (sme)

Docket as of October 5, 2005 4:29 pm                    Page 15

03-41492 Salazar-Regino, et al v. Trominski, et al

5/11/05          Oral argument heard. Case argued by Lisa S Brodyaga for
                 Appellant Nohemi Rangel-Rivera, Appellant Praxedis
                 Rodriguez, Appellant Cesar Lucio, Appellant Jose Martin
                 Oviedo-Sifuentes, Appellant Raul Hernandez Pantoja,
                 Appellant Manuel Sandoval-Herrera, Appellant Daniel
                 Carrizales-Perez, Appellant Teodulo Cantu-Delgadillo,
                 Appellant Laura Estela Salazar-Regino, Paul Fiorino for
                 Appellee Alberto R Gonzales, Appellee E M Trominski
                 [03-41492] (sme)

6/13/05          Supplemental authorities (FRAP 28(j)) filed by Appellant
                 Laura Estela Salazar-Regino, Appellant Teodulo
                 Cantu-Delgadillo, Appellant Daniel Carrizales-Perez,
                 Appellant Manuel Sandoval-Herrera, Appellant Raul Hernandez
                 Pantoja, Appellant Jose Martin Oviedo-Sifuentes, Appellant
                 Cesar Lucio, Appellant Praxedis Rodriguez, Appellant Nohemi
                 Rangel-Rivera. [5192300-1] [03-41492] (rjd)

| | |
|---|---|
| 6/16/05 | Supplemental authorities (FRAP 28(j)) filed by Appellant Laura Estela Salazar-Regino, Appellant Teodulo Cantu-Delgadillo, Appellant Daniel Carrizales-Perez, Appellant Manuel Sandoval-Herrera, Appellant Raul Hernandez Pantoja, Appellant Jose Martin Oviedo-Sifuentes, Appellant Cesar Lucio, Appellant Praxedis Rodriguez, Appellant Nohemi Rangel-Rivera. [5196990-1] [03-41492] (rjd) |
| 6/30/05 | Opinion filed. Issd in T form? y Mandate pull date is 8/22/05. [03-41492] (jma) |
| 6/30/05 | Judgment entered and filed. [03-41492] (jma) |
| 8/9/05 | Unopposed motion filed by Appellant Laura Estela Salazar-Regino, Appellant Teodulo Cantu-Delgadillo, Appellant Daniel Carrizales-Perez, Appellant Manuel Sandoval-Herrera, Appellant Raul Hernandez Pantoja, Appellant Jose Martin Oviedo-Sifuentes, Appellant Cesar Lucio, Appellant Praxedis Rodriguez, Appellant Nohemi Rangel-Rivera to extend time to file rehearing until 8/26/05. [5253358-1]    Date of COS: 8/8/05.  Sufficient [Y/N]: Y. [03-41492] (cb) |
| 8/9/05 | CLERK Order filed granting appellants' unopposed motion to extend time to file rehearing [5253358-1] until 8/26/05. Mandate pull date updated to 8/29/05. Copies to all counsel. [03-41492] (rjd) |
| 8/12/05 | COURT Order filed vacating order ruling on unopposed motion to extend time to file rehearing [5253358-1], granting in part unopposed motion to extend time to file rehearing until 8/22/05 only. [5253358-1] Mandate pull date updated to 8/23/05.  (JES) Copies to all counsel. [03-41492] (cb) |

Docket as of October 5, 2005 4:29 pm                Page 16

---

03-41492 Salazar-Regino, et al v. Trominski, et al

| | |
|---|---|
| 8/18/05 | Petition filed by Appellant Laura Estela Salazar-Regino, Appellant Teodulo Cantu-Delgadillo, Appellant Daniel Carrizales-Perez, Appellant Manuel Sandoval-Herrera, Appellant Raul Hernandez Pantoja, Appellant Jose Martin Oviedo-Sifuentes, Appellant Cesar Lucio, Appellant Praxedis Rodriguez, Appellant Nohemi Rangel-Rivera for rehearing en banc.  # of copies filed: 20 [5265122-1] Mandate pull date canceled.   Date of COS: 8/16/05  Sufficient [Y/N]: Y [03-41492] (rjd) |
| 9/27/05 | COURT Order filed denying petition for rehearing en banc [5265122-1]  With poll (Y/N)?: n Mandate pull date is 10/4/05.   ( ) Copies to all counsel. [03-41492] (lbm) |
| 9/28/05 | Record on appeal returned to 5CCA.  Volumes: 3 Supplemental Volumes: 8  Exhibits: 1 env, 1 box [03-41492] (rjd) |
| 10/3/05 | Record on appeal returned to 5CCA.  Exhibits: 1 box |

[03-41492] (rjd)

10/5/05          Mandate issued.  Approved BOC Issued (Y/N)?: n [03-41492]
                 Mandate pull date satisfied. (ddv)

Docket as of October 5, 2005 4:29 pm                    Page 17

?

```
          ┌─────────────────────────────────────────────┐
          │            PACER Service Center             │
          ├─────────────────────────────────────────────┤
          │            Transaction Receipt              │
          ├─────────────────────────────────────────────┤
          │            10/19/2005 15:34:37              │
          ├──────────────────┬──────────────────────────┤
          │ PACER Login:     │ rd0243  │ Client Code:    │
          ├──────────────────┼─────────┼─────────────────┤
          │ Description:     │ dkt report │ Case Number: │ 03-41492 │
          ├──────────────────┼─────────┼─────────────────┤
          │ Billable Pages:  │ 17      │ Cost:  │ 1.36   │
          └──────────────────┴─────────┴─────────────────┘
```

**Note: The 'as of' date shown is the date of the last public or private docket entry. The docket does, however, show all entries as of today's date.**