IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| TEODULO CANTU-DELGADILLO, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-02-114 |
| E.M. TROMINSKI, et al. ) | |
| _____) | |
| | |
| DANIEL CARRIZALOS-PEREZ, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-02-136 |
| AARON CABRERA, et al. ) | |
| _____) | |
| | |
| MANUEL SANDOVAL-HERRERA, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-02-138 |
| AARON CABRERA, et al. ) | |
| _____ ) | |
| | |
| RAUL HERNANDEZ-PANTOJA, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-02-197 |
| JOHN ASHCROFT, et al. ) | |
| _____ ) | |
| | |
| JOSE MARTIN OVIEDO-SIFUENTES ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-02-198 |
| JOHN ASHCROFT, et al. ) | |
| _____ ) | |

```
CESAR LUCIO                      )
                                 )
v.                               )    CIVIL ACTION NO. B-02-225
                                 )
CHARLES ARENDALE, et al.         )
_____)

PRAXEDIS RODRIGUEZ-CASTRO,       )
                                 )
v.                               )
                                 )    CIVIL ACTION NO. B-02-228
AARON CABRERA, et al.            )
_____ )
```

**RESPONDENTS' NON-OPPOSITION TO
PETITIONERS' MOTION TO RETURN CASE TO THE
FIFTH CIRCUIT COURT OF APPEALS**

Respondents' in the above seven cases, consolidated by this Court, hereby notify the Petitioners and this Court that there is no opposition to Petitioners' motion to return the above-captioned cases to the Fifth Circuit Court of Appeals for further proceedings.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MICHAEL T. SHELBY<br>United States Attorney<br>Southern District of Texas |
|  | /s/ Lisa M. Putnam<br>LISA M. PUTNAM<br>Special Assistant U.S. Attorney<br>P.O. Box 1711<br>Harlingen, Texas 78551<br>Tel: (956) 389-7051<br>Georgia Bar No. 590315 |
| November 4, 2005 | Federal Bar No. 23937 |

CERTIFICATE OF SERVICE

I hereby certify that a true copy of Respondents' Non-Opposition to Petitioners' Motion to Return Case to Fifth Circuit Court of Appeals was electronically served upon Lisa Brodyaga, Esquire, and mailed by first class mail, postage prepaid, to:

>    Jodi Goodwin, Esquire
>    1322 E. Tyler
>    Harlingen, TX  78550

on this 4th day of November, 2005.

>    /s/ Lisa M. Putnam
>    LISA M. PUTNAM
>    Special Assistant United States Attorney